JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DUNN, | Case No. CV 17-02203 JGB (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SUPERIOR COURT OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied, and this action is dismissed with prejudice.

DATED: March 9, 2018

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE